**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AKSHAY JAYKESHKUMAR PATEL et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00792** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pursuant to the stipulation of dismissal with prejudice (Doc. No. 8), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE